WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
RAYMOND E. PATRICCO, DISTRICT OF COLUMBIA STATE BAR NO. 454792
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

**U.S. COURTS**

**SEP 1 3 2016**

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTOPHER BOHNENKAMP,<br><br>        Defendant. | Case No.  **CR 16-0215-S BLW**<br><br>**UNDER SEAL**<br><br>**INDICTMENT**<br><br>18 U.S.C. §§ 2, 1343 and 1344 |

The Grand Jury charges:

**COUNTS ONE THROUGH TWENTY-ONE**

**Wire Fraud**
**18 U.S.C. § 1343**

In or about 2014, in the District of Idaho and elsewhere, the defendant,

CHRISTOPHER BOHNENKAMP

did devise and intend to devise a scheme to defraud, as to material matters, customers and

material vendors of his companies, Bohnenkamp's Whitewater Customs, Inc., and Treasure

Valley Marine, Inc., and to obtain money and property by means of materially false and

**INDICTMENT - 1**

fraudulent pretenses, representations and promises, and to misappropriate without authority money and property belonging to customers and material vendors of his companies, to wit: misrepresenting that his companies would custom build and deliver jet boats and trailers which the customers ordered and paid for upfront, and pay vendors for materials that they supplied on credit. The scheme to defraud, and to obtain and misappropriate money and property, affected financial institutions, to wit: Washington Trust Bank, KeyBank, Idaho Central Credit Union, Mountain West Bank of Montana, and Les Bois Credit Union that loaned money to customers to purchase jet boats and trailers that were never built and delivered.

On or about the respective dates shown below, the defendant received upfront payments from customers in the amounts set forth below, but never completed the jet boats and trailers the customers ordered.

| DATE | PAYMENTS RECEIVED | ITEMS RECEIVED |
|---|---|---|
| 6/8/12 | $198,764 from customer T.E. | Nothing |
| 10/3/12 | $130,124 from customer J.L. | Unfinished hull |
| 11/7/12 | $79,000 from customer J.B. | Nothing |
| 3/20/13 & 3/28/13 | $60,010 from customer R.S. | Painted hull with motor |
| 7/23/13 | $109,892 from customer S.P. | Painted hull with motor |
| 8/26/13 | $125,000 from customer W.J. | Unfinished hull |
| 9/9/13 | $55,000 from customers V.C./C.C. | Painted hull with motor |
| 10/7/13 | $63,000 from customer B.H. | Unfinished hull with motor |
| 10/15/13 | $75,000 from customer T.Y. | Unfinished hull with motor |
| 2/3/14 | $48,150 from customer E.S. | Unfinished hull |
| 2/14/14 | $147,366 from customer K.T. | Unfinished hull |
| 2/27/14 & 3/24/14 | $206,228 from customer D.M. | Unfinished hull |
| 3/14/14 | $82,867 from customer R.E. | Unfinished hull |
| 3/20/14 | $100,000 from customer G.L. | Unfinished hull |
| 4/24/14 & 5/1/14 | $130,938 from customer J.B. | Unfinished hull |

INDICTMENT - 2

It was part of the scheme that, still owing the above customers the jet boats and trailers that they ordered, and owing amounts to material vendors for component parts purchased on credit, the defendant continued to accept orders and upfront payments from new customers from May of 2014 through December of 2014 (as set forth in the counts below), during which time the defendant's companies were insolvent.

On or about the respective dates shown below, in the District of Idaho, the defendant, for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below, each transmission constituting a separate count of this Indictment:

| COUNT | DATE | DESCRIPTION OF WIRE | ITEMS RECEIVED |
|---|---|---|---|
| 1 | 5/9/14 | Deposit of $50,000 check drawn on Banner Bank on behalf of customer T.V. causing interstate wire transfer of funds | Unfinished hull |
| 2 | 5/13/14 | Deposit of $55,975 from Travelers on behalf of customer B.J. causing interstate wire transfer of funds | Unfinished hull |
| 3 | 6/9/14 | Deposit of $37,500 check drawn on KeyBank on behalf of customer T.L. causing interstate wire transfer of funds | Unfinished hull |
| 4 | 6/10/14 | Deposit of $20,000 check drawn on Banner Bank on behalf of customer T.V. causing interstate wire transfer of funds | (see Count 1 above) |
| 5 | 6/17/14 | Deposit of $98,947 check drawn on KeyBank on behalf of customer T.L. causing interstate wire transfer of funds | (see Count 3 above) |
| 6 | 6/20/14 | Deposit of $42,905 check drawn on Les Bois Credit Union on behalf of customer M.S. causing interstate wire transfer of funds | Unfinished hull and trailer frame |
| 7 | 6/20/14 | Interstate wire transfer of $111,000 on behalf of customer L.S. | Nothing |
| 8 | 6/25/14 | Deposit of $12,500 check drawn on KeyBank on behalf of customer T.L. causing interstate wire transfer of funds | (see Count 3 above) |
| 9 | 6/26/14 | Deposit of $20,000 check drawn on Community Bank on behalf of customers | Unfinished hull |

INDICTMENT - 3

|    |         | G.W./S.W. causing interstate wire transfer of funds |                         |
|----|---------|-----------------------------------------------------|-------------------------|
| 10 | 6/26/14 | Deposit of $117,257 check drawn on KeyBank on behalf of customers G.W./S.W. causing interstate wire transfer of funds | (see Count 9 above) |
| 11 | 6/30/14 | Deposit of $99,252 check drawn on KeyBank on behalf of customer L.S. causing interstate wire transfer of funds | Unfinished hull |
| 12 | 7/15/14 | Deposit of $20,000 check drawn on Banner Bank on behalf of customer T.V causing interstate wire transfer of funds | (see Count 1 above) |
| 13 | 8/1/14 | Deposit of $150,000 check drawn on First Niagara Bank on behalf of customer M.F. causing interstate wire transfer of funds | Nothing |
| 14 | 8/1/14 | Deposit of $250,000 check drawn on First Niagara Bank on behalf of customer M.F. causing interstate wire transfer of funds | Nothing |
| 15 | 8/25/14 | Deposit of $56,867 check drawn on KeyBank on behalf of customer B.V. causing interstate wire transfer of funds | Unfinished hull |
| 16 | 10/24/14 | Deposit of $23,440 check drawn on Syringa Bank on behalf of customers J.M./D.M. causing interstate wire transfer of funds | Nothing |
| 17 | 10/31/14 | Deposit of $23,440 check drawn on Idaho Trust Bank on behalf of customers J.M./D.M. causing interstate wire transfer of funds | (see Count 16 above) |
| 18 | 10/31/14 | Deposit of $150,000 check drawn on KeyBank on behalf of customer C.M. causing interstate wire transfer of funds | Unfinished hull |
| 19 | 11/18/14 | Deposit of $177,888 check drawn on KeyBank on behalf of customer G.M. causing interstate wire transfer of funds | Nothing |
| 20 | 12/2/14 | Deposit of $20,000 check drawn on Potlatch 1 Federal Credit Union on behalf of customer D.H. causing interstate wire transfer of funds | Nothing |
| 21 | 12/2/14 | Deposit of $125,728 check drawn on KeyBank on behalf of customer D.H. causing interstate wire transfer of funds | (see Count 20 above) |

In violation of Title 18, United States Code, Section 1343.

INDICTMENT - 4

## COUNT TWENTY-TWO

**Bank Fraud**
**18 U.S.C. §§ 1344 and 2**

On or about January 6, 2012, in the District of Idaho and elsewhere, the defendant,

CHRISTOPHER BOHNENKAMP

did knowingly execute and attempt to execute a scheme and artifice to defraud, as to material matters, KeyBank, a federally insured financial institution, and to obtain moneys, funds, credits, asset, securities, and other property owned by, and under the custody or control of KeyBank, to wit:  loan proceeds of $272,982 for D.B. to purchase a jet boat and trailer, by means of false and fraudulent pretenses, representations, and promises, to wit: causing to be provided a false bill of sale misrepresenting that a cash deposit was made and omitting a kick-back of cash, in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT TWENTY-THREE

**Bank Fraud**
**18 U.S.C. §§ 1344 and 2**

On or about June 4, 2012, in the District of Idaho and elsewhere, the defendant,

CHRISTOPHER BOHNENKAMP

did knowingly execute and attempt to execute a scheme and artifice to defraud, as to material matters, Washington Trust Bank, a federally insured financial institution, and to obtain moneys, funds, credits, asset, securities, and other property owned by, and under the custody or control of Washington Trust Bank, to wit: loan proceeds of $199,980 for T.E. to purchase a jet boat and trailer, by means of false and fraudulent pretenses, representations, and promises, to wit: causing

INDICTMENT - 5

to be provided a false bill of sale misrepresenting that a cash deposit was made and inflating

trade-in value, in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT TWENTY-FOUR

**Bank Fraud**
**18 U.S.C. §§ 1344 and 2**

On or about September 25, 2012, in the District of Idaho and elsewhere, the defendant,

CHRISTOPHER BOHNENKAMP

did knowingly execute and attempt to execute a scheme and artifice to defraud, as to material

matters, KeyBank, a federally insured financial institution, and to obtain moneys, funds, credits,

asset, securities, and other property owned by, and under the custody or control of KeyBank, to

wit: loan proceeds of $130,124 for J.L. to purchase a jet boat and trailer, by means of false and

fraudulent pretenses, representations, and promises, to wit: causing to be provided a false bill of

sale misrepresenting that a cash deposit was made and omitting a kick-back of cash, in violation

of Title 18, United States Code, Sections 1344 and 2.

## COUNT TWENTY-FIVE

**Bank Fraud**
**18 U.S.C. §§ 1344 and 2**

On or about October 8, 2013, in the District of Idaho and elsewhere, the defendant,

CHRISTOPHER BOHNENKAMP

did knowingly execute and attempt to execute a scheme and artifice to defraud, as to material

matters, KeyBank, a federally insured financial institution, and to obtain moneys, funds, credits,

asset, securities, and other property owned by, and under the custody or control of KeyBank, to

wit: loan proceeds of $75,000 for T.Y. to purchase a jet boat and trailer, by means of false and fraudulent pretenses, representations, and promises, to wit: causing to be provided a false bill of sale misrepresenting that a cash deposit was made, inflating trade-in value, and omitting a kick-back of cash, in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT TWENTY-SIX

**Bank Fraud**
**18 U.S.C. §§ 1344 and 2**

On or about October 23, 2014, in the District of Idaho and elsewhere, the defendant,

CHRISTOPHER BOHNENKAMP

did knowingly execute and attempt to execute a scheme and artifice to defraud, as to material matters, KeyBank, a federally insured financial institution, and to obtain moneys, funds, credits, asset, securities, and other property owned by, and under the custody or control of KeyBank, to wit: loan proceeds of $150,028 for C.M. to purchase a jet boat and trailer, by means of false and fraudulent pretenses, representations, and promises, to wit: causing to be provided a false bill of sale misrepresenting that a cash deposit was made, in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT TWENTY-SEVEN

**Bank Fraud**
**18 U.S.C. §§ 1344 and 2**

On or about October 31, 2014, in the District of Idaho and elsewhere, the defendant,

CHRISTOPHER BOHNENKAMP

**INDICTMENT - 7**

did knowingly execute and attempt to execute a scheme and artifice to defraud, as to material matters, KeyBank, a federally insured financial institution, and to obtain moneys, funds, credits, asset, securities, and other property owned by, and under the custody or control of KeyBank, to wit: loan proceeds of $177,939 for G.M. to purchase a jet boat and trailer, by means of false and fraudulent pretenses, representations, and promises, to wit: causing to be provided a false bill of sale misrepresenting that a cash deposit was made and inflating trade-in value, in violation of Title 18, United States Code, Sections 1344 and 2.

## CRIMINAL FORFEITURE ALLEGATION

### Wire Fraud and Bank Fraud
### 18 U.S.C. § 982(a)(2)(A)

Upon conviction of any of the offenses charged in Counts One through Twenty-Seven of this Indictment, in violation of 18 U.S.C. §§ 1343 and 1344, the defendant CHRISTOPHER BOHNENKAMP, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A) any property, constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of such violations, affecting a financial institution, including but not limited to the following:

A.   **Cash Proceeds (Wire Fraud):**  At least $1,662,699 in United States currency, representing the amount of the proceeds obtained as a result of the wire fraud offenses, and as to which the defendant is liable.

B.   **Cash Proceeds (Bank Fraud):**  At least $1,006,053 in United States currency, representing the amount of the proceeds obtained as a result of the wire fraud offenses, and as to which the defendant is liable.

C.   **Substitute Assets:**

If any of the properties and interests described above as being subject to forfeiture, as a result of any act or omission of the defendant:

1.      Cannot be located upon the exercise of due diligence

2.      Has been transferred or sold to, or deposited with, a third person;

3.      Has been placed beyond the jurisdiction of the court;

4.      Has been substantially diminished in value; or

5.      Has been commingled with other property which cannot be subdivided without difficulty; it is the intention of the United States, pursuant to Title 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. §982(b), to seek forfeiture of any other property of the said defendant up to the value of the forfeitable property described above.

All in violation of 18 U.S.C. § 982(a)(2)(A).

Dated this  13th  day of September, 2016.

A TRUE BILL

/s/ [signature on reverse]

FOREPERSON

WENDY J. OLSON
UNITED STATES ATTORNEY
By:

RAYMOND E. PATRICCO
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 9