UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00215-BLW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| CHRISTOPHER BOHNENKAMP, | |
| Defendant. | |

The Court has before it Defendant's Motion for Leave to Withdraw as Counsel (Dkt. 63). Mr. Bohnenkamp is represented by two attorneys – Chuck Peterson from Idaho, and Damon Decastro from New York. The Court is familiar with Mr. Peterson because he has practiced before this Court for many years. He has a representation as one of the best criminal defense attorneys in this district. The Court is not familiar with Mr. Decastro.

Mr. Peterson asks the Court to allow him to withdraw because his relationship with Mr. Bohnenkamp has broken down. However, he indicates that Mr. Bohnenkamp still communicates with Mr. Decastro, and that Mr. Bohnenkamp communicates with Mr. Peterson through Mr. Decastro. Mr. Peterson represented Mr. Bohnenkamp through pretrial proceedings, plea negotiations, a change of plea hearing, and sentencing in this matter. The only unresolved issue is restitution, which the Court continued because the defense had not received a report from their expert in time for the sentencing hearing. In order to proceed with sentencing as scheduled, the Government and Probation Officer

**ORDER - 1**

moved to bifurcate the restitution hearing from the sentencing hearing under 18 U.S.C. § 3664(d)(5), and the Court granted that request. However, according to the statute, the restitution hearing must occur not more than 90 days after the sentencing.

The restitution hearing is set for October 26, 2017. That is less than 2 weeks before the 90-day period ends. Granting Mr. Peterson's request to withdraw would likely compromise the Court's ability to conduct that hearing within the 90-day deadline. Plus, Mr. Bohnenkamp still has a relationship with Mr. Decastro, and still communicates with Mr. Peterson through him. Under these circumstances, the Court will deny the motion, and require that both Mr. Peterson and Mr. Decastro be present for the restitution hearing on October 26, 2017.

## ORDER

**IT IS HEREBY ORDERED:**

1. Defendant's Motion for Leave to Withdraw as Counsel (Dkt. 63) is **DENIED**. Mr. Peterson and Mr. Decastro shall attend the restitution hearing scheduled for October 26, 2017.
2. Motion to Vacate (Dkt. 62) is **DEEMED MOOT**.

DATED: October 5, 2017

B. Lynn Winmill
Chief Judge
United States District Court