U.S. COURTS
Case 1:16-cr-00215-BLW Document 77 Filed 11/14/17 Page 1 of 2
NOV 14 2017
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

U.S. Department of Justice  
United States Attorney  
District of Idaho

Request of United States Attorney for Production of Federal Prisoner In The Custody of The United States Pursuant to Title 18, United States Code, Section 3621(d)

---

The United States Attorney for the _____ District of Idaho _____, pursuant to 18 U.S.C. § 3621(d),

does hereby request the United States Marshal for the _____ District of Idaho _____, or any other authorized

officer, to produce one Christopher Bohnenkamp   27103-055

now confined at the FCI McKean - MCK

in the custody of the warden or the person there in charge, before the

- [x] United States District Court
- [ ] United States Grand Jury

- [x] For Prosecution
- [ ] For Testimony

at Boise _____ , Idaho _____  
  (city)                      (state)

- [x] forthwith
- [ ] at _____ .m., on _____ , _____ , or at any time thereafter as the

United States Attorney or a federal Judge or Magistrate may direct, so that said person may appear in accordance with law in the case

- [x] United States of America v. Christopher Bohnenkamp
  
  Ct. No. 16-CR-215-BLW

- [ ] In Re Grand Jury Proceedings No. _____

and after said person shall have appeared, to return said person to the aforementioned custody as may be directed by the United States Attorney or a federal Judge or Magistrate.

SEAL OF  
UNITED STATES  
ATTORNEY[1]/

RAYMOND E. PATRICCO  
Assistant United States Attorney Requesting The Production of Prisoner In Custody

Telephone Nos. *(FTS):* (208) 334-1211

*(Commercial):* _____

Dated this 5 day  
of October , 2017 .

Bart M. Davis United States Attorney[2]/

---

[1]/ This request is invalid without the raised seal of the United States Attorney.

[2]/ The signature of the United States Attorney approving the request is required. A Supervisory Assistant United States Attorney delegated authority by the United States Attorney may sign for the United States Attorney provided a letter of authorization is on file with the United States Marshal of the same district as the United States Attorney.

Previous Editions Obsolete

FORM USA-475  
MAR. 89

I have (partially) (fully) executed the within
ASR by receiving the body of
Christopher Bohnenkamp
On 11/13/2017 and delivering him to
Also to JPATS airlift to
return to McKean FCI.

Expenses: United States Marshal
By: Sensenig
Deputy U.S. Marshal / USP

E-mailed McKean FCI, SDUSM Albaugh, M. Boye,
JPATS —
10/05/2017
USM