BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
**WILLIAM M. HUMPHRIES, WASHINGTON STATE BAR NO. 44452**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-1414
Email: Bill.Humphries@usdoj.gov

    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER BOHNENKAMP,<br><br>    Defendant. | Case No. 1:16-cr-00215-BLW<br><br>**NOTICE OF CHANGE OF ADDRESS** |

    Effective February 24, 2020, the mailing address for the undersigned will change to:

United States Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID  83702

The phone number and e-mail address will not change.

    Respectfully submitted this 20th day of February, 2020.

    BART M. DAVIS
    UNITED STATES ATTORNEY
    By:

    /s/_____
    WILLIAM M. HUMPHRIES
    Assistant United States Attorney

NOTICE OF CHANGE OF ADDRESS - 1